IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KATHERINE SEWELL, *

Plaintiff, *

v. Case No. 4:25-cv-170-CDL

*

SCHNITZER SOUTHEAST, LLC,

*

Defendant.

*

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated September 4, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 4th day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk